# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON, | CASE NO. 1:14-cv-00549-SKO |
| Plaintiff, | |
| v. | **ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| ECONO TOWING, et al., | **(Doc. 2)** |
| Defendants. | |

Plaintiff Paul Weldon ("Plaintiff") filed a complaint on April 18, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff's application indicates that he is employed, but it fails to state the name and address of his employer as requested at question 1(a).

Accordingly, IT IS HEREBY ORDERED that within 14 days from the date of this order Plaintiff file an amended application to proceed *in forma pauperis* that indicates the name and address of his current employer.

IT IS SO ORDERED.

Dated:  **April 22, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

1